**Paul NAGY, Plaintiff—Appellant,**

v.

**Holly B. ROGERS, Defendant—Appellee,**

and

**James Craven, III, Defendant.**

No. 05–7899.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 10, 2006.

Decided: March 7, 2006.

Paul Nagy, Appellant Pro Se.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Nagy appeals the district court's order denying relief on his *Bivens* complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Nagy v. Rogers*, No. CA–05–348–5–FL (E.D.N.C. Nov. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. We deny Nagy's motion to expedite as moot.

*AFFIRMED*

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).